## Commonwealth v. Brown, Appellant.

Submitted December 9,

1968. *David N. Brook,* Assistant Public Defender, for appellant; *Richard A. Devlin, Henry T. Crocker* and *William T. Nicholas,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.